**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUANREN WU,

                Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                Defendants.

## EXHIBIT 1

**Design Patent D1,049,230**

# United States of America

To Promote the Progress of Science and Useful Arts

## The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

*Katherine Kelly Vidal*

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form **PTO-379C** (Rev 09/17)



US0D1049230S

## (12) United States Design Patent
### Wu

(10) Patent No.: **US D1,049,230 S**
(45) Date of Patent: ∗∗ **Oct. 29, 2024**

(54) **PAINTING PEN TIP**

(71) Applicant: **Juanren Wu**, Shenzhen (CN)

(72) Inventor: **Juanren Wu**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/810,565**

(22) Filed: **Oct. 6, 2021**

(51) **LOC (14) Cl.** .............................................. **19-06**
(52) **U.S. Cl.**
USPC ....................................................... **D19/200**
(58) **Field of Classification Search**
USPC .......... D14/264, 411, 480.3; D19/71, 77, 75,
D19/79, 84, 95, 115, 117, 121, 127, 130,
D19/135, 139, 163, 164, 166, 167, 168,
D19/170, 171, 173, 174, 175, 177, 178,
D19/179, 182, 183, 186, 192, 196, 197,
D19/199, 200, 204, 901, 902, 903, 906,
D19/914, 916, 924, 929, 932, 934;
D28/7, 9, 76, 77, 86, 88, 89; D27/101,
D27/146, 162, 163; D24/113, 146;
D26/37, 38, 49; D20/23; D8/104;
D3/220; D10/2; D9/724
CPC .......... B43K 7/00; B43K 29/007; B43K 7/12;
B43K 1/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D130,436 S | * | 11/1941 | Nissen, Jr. | ................... | D19/200 |
| D134,205 S | * | 10/1942 | Hasselquist | ................. | D19/200 |
| D134,216 S | * | 10/1942 | Hasselquist | ................. | D19/200 |
| 2,646,776 A | * | 7/1953 | Scholz | .................... | B43K 1/08 |
| | | | | | 401/211 |
| 3,125,071 A | * | 3/1964 | Nakada | ................... | B43K 7/00 |
| | | | | | D19/200 |
| D209,179 S | * | 11/1967 | Darst | .......................... | D19/200 |
| D290,851 S | * | 7/1987 | Yoshida | ...................... | D19/182 |
| D333,152 S | * | 2/1993 | Anavil | ......................... | D19/200 |
| D340,477 S | * | 10/1993 | Regnault | ..................... | D19/200 |
| D340,743 S | * | 10/1993 | Anavil | ........................ | D19/200 |
| D357,700 S | * | 4/1995 | Oka | ............................ | D19/200 |
| D688,306 S | * | 8/2013 | Yamanaka | .................. | D19/916 |
| D692,055 S | * | 10/2013 | Yamanaka | .................. | D19/916 |
| D772,876 S | * | 11/2016 | Akana | ......................... | D14/411 |
| D941,467 S | * | 1/2022 | Kang | .......................... | D24/146 |

(Continued)

OTHER PUBLICATIONS

Benospace Tips for Diamond Painting Pen, Amazon.com, published Aug. 5, 2021, retrieved Feb. 15, 2024,U.S. Appl. No. 29/810,565—https://shorturl.at/qyzM9 (Year: 2021).*

(Continued)

*Primary Examiner* — Nicole C Shiflet
*Assistant Examiner* — Danielle Nichole Bowly

(57) **CLAIM**

The ornamental design for a painting pen tip as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the present invention attached to an exemplary pen body.
FIG. **2** is a perspective view of the present invention.
FIG. **3** is a perspective view of the present invention with securing attachments.
FIG. **4** is a left view of the present invention with securing attachments removed.
FIG. **5** is a right view thereof.
FIG. **6** is a front view thereof.
FIG. **7** is a rear view thereof.
FIG. **8** is a top view thereof; and,
FIG. **9** is a bottom view thereof.
The claim is directed to the collective appearance of all elements shown. The dash-dash broken lines shown in the drawings represent environment and portions of the article that form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**



US D1,049,230 S

Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS

2007/0110498 A1 * 5/2007 Walsh .................. B43K 29/007
            401/17
2007/0172301 A1 * 7/2007 Rolion .................... B43K 7/12
            401/116

### OTHER PUBLICATIONS

Unboxing Diamond Painting Pen, YouTube, published Mar. 18, 2021, retrieved Feb. 15, 2024,U.S. Appl. No. 29/810,565—https://www.youtube.com/watch?v=Qqt097kMaC8 (Year: 2021).*

Diamond Painting Tools, YouTube, published Aug. 7, 2021, retrieved Feb. 15, 2024,U.S. Appl. No. 29/810,565—https://www.youtube.com/watch?v=3Py14X6udVM (Year: 2021).*

5D Diy Diamond Painting Accessory Tool Mosaic Cross Stitch 40 Pieces Point Replacement Pen Tip—Retrieved from Internet Aug. 30, 2021—www.amazon.comdpB094MW FB6/ (Year: 2021).*

"Staroar 5D Diamond Painting Tools—30 Pack of Innovation Tips for Diamond Painting Pen," Retrieved from the Internet on Aug. 30, 2021: https://www.amazon.com/Starooar-Diamond-Painting-Tools-Innovation/dp/B083JYWNW7/ref=sr_1_17?dchild=1&keywords=diamond+painting+tips&qid=1634194651&sr=8-17, pp. 1-13.

"16 Pieces Nail Rhinestones Picker Wax Replacement Head Tips with Case for Nail Dotting Pen to Pick Up Nail Gem Jewelry, Replacement Wax Head Accessories (Assorted Colors)," Retrieved from the Internet on Aug. 30, 2021: https://www.amazon.com/Rhinestones-Replacement-Dotting-Jewelry-Accessories/dp/B088TGLRPW/ref=sr_1_13?dchild=1&keywords=diamond%2Bpainting%2Btips&qid=1634194651&sr=8-13&th=1, pp. 1-16.

"Everlasting Tips," Retrieved from the Internet on Aug. 30, 2021: https://www.etsy.com/nz/listing/841574718/everlastingtips-all-in-1-tip?ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search, pp. 1-21.

Yoyocraftbyjuly, "Cateared Stainless Steel Diamond Painting Tips for Resin Diamond Painting Pen, Double Dot Placer+ Single Placer," Retrieved from the Internet on Aug. 30, 2021: https://www.etsy.com/listing/985461906/cateared-stainless-steel-diamond?ref=shop_home_active_9&frs=1&sca=1, pp. 1-14.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9