**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUANREN WU,

                Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                Defendant.

Case No.: 26-cv-01515

**Judge April M. Perry**

**Magistrate Judge Gabriel A. Fuentes**

**SECOND AMENDED SCHEDULE A**

| Defendant No. | Platform | Store Name | Store Url |
|---|---|---|---|
| 1 | Amazon | Aqur2020 | https://www.amazon.com/sp?ie=UTF8&seller=A17X9ST42P802G&asin=B0CTTRQX9L&ref_=dp_merchant_link |