| | |
|---|---|
| JUANREN WU, | |
| Plaintiff, | Case No. 26-cv-01515 |
| v. | **Judge April M. Perry** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | **Magistrate Judge Gabriel A. Fuentes** |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a) AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)

Plaintiff Juanren Wu ("Plaintiff") by and through its undersigned counsel, moves for entry of default pursuant to Fed. R. Civ. P. 55(a) and for entry of default judgment pursuant to Fed. R. Civ. P. 55(b) against Defendant Aqur2020 (hereinafter, the "Defaulting Defendant") identified on the Second Amended Schedule A to the Second Amended Complaint and consistent with the proposed order submitted herewith. A Memorandum of Law in Support is filed concurrently with this Motion.

Respectfully submitted this 15th of May, 2026.

/s/ William Hausman
Bar No. 6353083
Ford Banister LLC
305 Broadway – Floor 7
New York, NY 10007
Telephone: +1 (212) 500-3268
Email: whausman@fordbanister.com
*Counsel for Plaintiff*