|  |  |
|---|---|
| JUANREN WU,<br><br>               Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>               Defendants. | Case No. 26-cv-01515<br><br>**Judge April M. Perry**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

**DECLARATION OF WILLIAM J. HAUSMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

I, William J. Hausman, declare and state as follows:

1.      I am over 18 years of age.

2.      I have personal knowledge of the facts set forth herein.

3.      I make this declaration in support of Plaintiff Juanren Wu's ("Plaintiff") Motion for Entry of Default Pursuant to Fed. R. Civ. P. 55(a) and Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b) against Defendant Aqur2020 (the "Defaulting Defendant").

4.      If called upon to do so, I could and would competently testify to the following facts set forth below.

5.      I am a licensed attorney and admitted to practice before the Northern District of Illinois.

6.      On March 6, 2026, the Court entered an Order granting Plaintiff leave to conduct expedited discovery and serve process on defendants by e-mail and electronic publication. [Doc. 29].

7.      Plaintiff served the Order on Amazon on March 22, 2026. Amazon subsequently provided Plaintiff with limited information regarding the Defaulting Defendant's sales of infringing products to the United States, and limited information regarding the amount of funds contained in the Defaulting Defendant's Amazon account. A true and correct copy of the production from Amazon regarding the Defaulting Defendant's sales of infringing products and the amount contained in the Defaulting Defendant's financial account is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief at the time of presentation. Executed on the 2nd of June, 2026 at Chicago, Illinois.

*/s/ William J. Hausman*
Bar No. 6353083
Ford Banister LLC
305 Broadway – Floor 7
New York, NY 10007
Telephone: +1 (212) 500-3268
Email: whausman@fordbanister.com
*Counsel for Plaintiff*