## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JUANREN WU,

                    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                    Defendants.

Case No. 26-cv-01515

**Judge April M. Perry**

**Magistrate Judge Gabriel A. Fuentes**

## EXHIBIT 1

**Amazon Production for Defendant Aqur2020**

| External_Seller_ID | ASIN | Net_Ordered_Units | Net_Ordered_GMS_USD | Price per Unit |
|---|---|---|---|---|
| A2KRPDAJ57SK04 | B0F1Z7LDJK | 3 | 40.13 | 13.38 |

| Marketplace_ID | US Account Balance (USD) |
|---|---|
| 1 | 17305.4 |